IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO TORRES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for extension of deadline, filing no. 54, is granted. The deadline to file pretrial motions is extended to March 2, 2009.

DATED this 4th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge