```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,         )            4:01CR3061
                                  )
           v.                     )
                                  )
RICARDO TORRES,                   )              ORDER
                                  )
                Defendant.         )
                                  )
```

The deadline for filing pretrial motions has been extended to March 2, 2009.

IT THEREFORE HEREBY IS ORDERED, trial of this matter is continued until further order.

DATED this 18th day of February, 2009.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge